**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: K.R.T., A MINOR        : No. 936 MAL 2014
                                  :
                                  : Petition for Allowance of Appeal from the
PETITION OF K.R.T.               : Order of the Superior Court
                                  :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.